IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES LENTZ**                                                                                    **PLAINTIFF**

**V.**                                      **NO. 3:05CV0076**

**MARMADUKE SCHOOL DISTRICT and**
**DEBBIE SMITH, individually and in her**
**official capacity as Superintendent of the**
**Marmaduke School District**                                                  **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to compel. (Docket # 11). The Defendant has responded and states that responses to the discovery requests have now been provided. For good cause shown, Plaintiff's motion is denied without prejudice to re-file in the event any deficiencies are discovered following a review of the discovery produced.

IT IS SO ORDERED this 28th day of March, 2006.

James M. Moody
United States District Judge