IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES LENTZ                                                                       PLAINTIFF

VS.                                    CASE NO. 3:05cv00076 JMM

MARMADUKE SCHOOL DISTRICT, et al                              DEFENDANT

## ORDER OF DISMISSAL

The Court has been advised that this case has been settled following a settlement conference before Magistrate Judge Jerry W. Cavaneau.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The jury trial scheduled October 23, 2006, is canceled.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 10th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE